| **Fill in this information to identify the case** |
|---|
| Debtor 1   Kevin Leon Lollar |
| Debtor 2 _____ <br> (Spouse, if filing) |
| United States Bankruptcy Court for the: SOUTHERN District of INDIANA <br> (State) |
| Case number   16-05546 |

## Official Form 410S1
### Notice of Mortgage Payment Change                                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor** | Nationstar Mortgage LLC | **Court claim no.** (if known) | N/A |
| **Last four digits** of any number you use to identify the debtor's account: | 2084 | **Date of payment change** <br> Must be at least 21 days after date of this notice | 9/1/2016 |
| | | **New total payment:** <br> Principal, interest, and escrow, if any | $309.23 |

### Part 1:   Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $_____          New escrow payment:   $_____

### Part 2:   Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:   3.125%    New interest rate:   3.5%

   Current principal and interest payment: $68.64    New principal and interest payment: $70.87

### Part 3:   Other Payment Change

16-019396_KDV

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect)*

Reason for change: _____

Current mortgage payment: $_____    New mortgage payment: $_____

Case 16-05546-RLM-13    Doc 14    Filed 08/10/16    EOD 08/10/16 12:12:45    Pg 2 of 6

16-019396_KDV

| Debtor 1 | Kevin | Leon | Lollar | Case number (if known) 16-05546 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Sarah E. Willms                              Date  August 10, 2016
   Signature

Print:     Sarah E. Willms (28840-64)              Title   Attorneys for Creditor

Company    Manley Deas Kochalski LLC

Address    P.O. Box 165028
           Number         Street

           Columbus, OH   43216-5028
           City           State        ZIP Code

Contact phone   614-220-5611               Email   sew@manleydeas.com

16-019396_KDV

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Payment Change was served on the parties listed below via e-mail notification:

U.S. Trustee, 101 W. Ohio St.. Ste. 1000, Indianapolis, IN 46204, 317-226-6101

Ann M. DeLaney, P.O. Box 441285, Indianapolis, IN  46244, ECFdelaney@trustee13.com

Brent Welke, Attorney for Kevin Leon Lollar, Welke Law Office, P.O. Box 55058, Indianapolis, IN  46205, brentwelke@att.net

and on the below listed parties by regular U.S. mail, postage prepaid on August  10, 2016:

Kevin Leon Lollar, 6525 W 16th St, Indianapolis, IN  46214

Kevin Leon Lollar, 6525 West 16th Street, Indianapolis, IN  46214

/s/ Sarah E. Willms

16-019396_KDV



REPRESENTATION OF PRINTED DOCUMENT

NATIONSTAR MORTGAGE
RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

Copy

June 21, 2016

**Redacted**
GEORGENNE LOLLAR
6525 W 16TH ST
INDIANAPOLIS IN 46214-3318

Your Dedicated Loan Specialist is Ashley Moffett and can be reached at (877) 450-8638 EXT. 4263075 or via mail at:
8950 Cypress Waters Boulevard, Coppell, TX 75019

Loan Number **Redacted**
**Changes to Your Mortgage Interest Rate and Payments on 09/01/16**

Under the terms of your Adjustable Rate Mortgage (ARM), you had a 12 month period during which your interest rate stayed the same. That period ends on 08/01/16, so on that date your interest rate and mortgage payment may change. After that, your interest rate may change every 12 month(s) for the life of your loan. **Your interest rate and payment are scheduled to change again on 09/01/17.**

|  | Current Rate and Monthly Payment | New Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 3.125% | 3.500% |
| Principal | $37.84 | $36.48 |
| Interest | $30.80 | $34.39 |
| Escrow | $238.36 | $238.36 |
| **TOTAL MONTHLY PAYMENT** | $307.00 | $309.23 due 09/01/16 |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under your loan agreement, your index rate is the AVERAGE OF THE LONDON INTERBANK OFFERED RATES FOR ONE-YEAR US DOLLAR DENOMINATED DEPOSITS and your margin is 2.250%. The AVERAGE OF THE LONDON INTERBANK OFFERED RATES FOR ONE-YEAR US DOLLAR DENOMINATED DEPOSITS is published DAILY IN THE PRINT EDITION OF THE WALL STREET JOURNAL.

**Rate Limits:** Your rate cannot go higher than 11.375% or lower than 2.250% over the life of the loan. Your rate on the first change cannot be increased by more than 2.000% or decreased by more than 2.000%. On all subsequent changes, your rate will not increase by more than 2.000% or decrease by more than 2.000%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the AVERAGE OF THE LONDON INTERBANK OFFERED RATES FOR ONE-YEAR US DOLLAR DENOMINATED DEPOSITS index, your margin of 2.250%, your loan balance of $11,790.99, and your remaining loan term of 228 months.

**Prepayment Penalty:** Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance.

**Please be advised, if your monthly payments are auto drafted from your bank account, changes to your monthly payment, per the terms of your Adjustable Rate Note, will be reflected in the amount deducted from your account.**

*Nationstar is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, If this debt is involved with bankruptcy or has been discharged in a bankruptcy proceeding, this communication is not an attempt to collect a debt against you and any information obtained or given will be for informational purposes only.*



INTERNET REPRINT

ARV4

If you should have any questions regarding this notification, please contact our Customer Service Department at 1-888-480-2432 Monday through Thursday between 8:00 a.m. to 8:00 p.m (CT), 8:00 a.m to 6:00 p.m. (CT) on Friday, and 8:00 a.m. to 2:00 p.m (CT) on Saturday or visit us on the web at MyNationstar.com.

Sincerely,
Special Loans Department
Nationstar Mortgage LLC

If an attorney represents you, please refer this letter to such attorney and provide us with such attorney's name, address and telephone number.

*Nationstar is a debt collector. This is an attempt to collect a debt, and any infomation obtained will be used for that purpose. However, If this debt is involved with bankruptcy or has been discharged in a bankruptcy proceeding, this communication is not an attempt to collect a debt against you and any information obtained or given will be for informational purposes only.*