UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | |
| Kevin Leon Lollar | Case No.: 16-05546 |
| | Chapter 13 |
| Debtor. | Judge Robyn L. Moberly |
| | * * * * * * * * * * * * * * * * * * * * |

## OBJECTION TO CONFIRMATION OF PLAN (DOCKET NUMBER 2)

Now comes Nationstar Mortgage LLC ("Creditor") by and through its attorneys, Manley Deas Kochalski LLC, and objects to confirmation of the Chapter 13 plan of Kevin Leon Lollar ("Debtor"). For the reasons which follow, confirmation should be denied.

## MEMORANDUM IN SUPPORT OF OBJECTION

Creditor is a creditor herein secured by a first mortgage lien upon the Debtor's real estate located at 6525 West 16th Street, Indianapolis, IN 46214. Debtor's Chapter 13 Plan does not list Creditor's subject mortgage loan as a secured claim and makes no provision for curing the Creditor's existing arrearage claim nor for the maintenance of post-petition payments. The arrears amount that Creditor has calculated for inclusion in its claim is approximately $8,768.44. Upon information and belief, Creditor believes that Debtor still holds an interest in the Property. As such, Creditor requests that the plan be amended to provide for Creditor's claim or to surrender said interest.

WHEREFORE, Creditor respectfully requests the Court to deny confirmation of the Debtor's proposed Chapter 13 Plan.

K_JDD1

Respectfully submitted,

/s/ Sarah E. Willms
―――――――――――――――――――――
Sarah E. Willms (28840-64)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (11532-10)
Daniel C. Wolters (0076521)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Creditor
The case attorney for this file is Sarah E. Willms.
Contact email is sew@manleydeas.com

K_JDD1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Objection to Confirmation was served on the parties listed below via e-mail notification:

U.S. Trustee, 101 W. Ohio St.. Ste. 1000, Indianapolis, IN 46204, 317-226-6101

Ann M. DeLaney, P.O. Box 441285, Indianapolis, IN  46244, ECFdelaney@trustee13.com

Brent Welke, Attorney for Kevin Leon Lollar, Welke Law Office, P.O. Box 55058, Indianapolis, IN  46205, brentwelke@att.net

and on the below listed parties by regular U.S. mail, postage prepaid on August 12, 2016:

Georgenne Lollar and Kevin Leon Lollar, 6525 West 16th Street, Indianapolis, IN  46214

/s/ Sarah E. Willms

K_JDD1