UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                              )
    Kevin Leon Lollar,            )
                                    )
        DEBTOR(s)             )
                                    )        CASE NO.: 16-05546-RLM-13

MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT

Comes now counsel for the Debtor, Brent Welke, and in support of their Motion would state as follows:

1. Debtor filed his bankruptcy petition under Chapter 13 of the United States Bankruptcy Code on July 19, 2016.

2. On August 12, 2016, Counsel for Nationstar Mortgage LLC filed an objection to the plan because the mortgage treatment didn't appear on the plan and without a proof of claiming having been filed. (Docket #15)

3. On August 10, 2016, counsel also filed a Notice of Mortgage payment change effective for September 1, 2016, however, since no proof of claim was filed, we did not know what the actual post-petition payment was originally set to be. (Docket #14)

4. The Nationstar Proof of Claim #3 was filed on September 1, 2016 showing a balance owed of $19,536.05 with $8,783.44 in arrears with a monthly post-petition payment of $260.51.

5. Amended Plan #1 was filed on September 15, 2017 (Docket 19) showing that the plan allows for 100% payment of said claim by Nationstar throughout the life of the plan.

6. On January 13, 2017, Counsel for Nationstar filed a Notice of Postpetition Mortgage Fees, Expenses and Charges for the amount of $850.00 which is broken down to $300.00 fee for review of plan, $50.00 for the notice of payment change and $500.00 for objection to plan.

7. The Chapter 13 plan was confirmed on February 1, 2017. (Docket #34)

8.  On February 1, 2017, Counsel for Nationstar filed a 2nd Notice of Postpetition Mortgage Fees, Expenses and Charges in the amount of $600.00. Fees are broken down to $250.00 for POC payment history and $350.00 for bankruptcy/proof of claim fees.

9.  On February 9, 2017, Counsel for Nationstar filed a 3rd Notice of Postpetition Mortgage Fees, Expenses and Charges in the amount of $255.00 for attorney fees for a Motion for Relief of Stay that was filed on October 26, 2016.

10. Debtor via Counsel would object that there was no Motion for Relief of Stay filed on October 26, 2016 or any day thereafter or before.

11. The aforesaid fees are not allowed by the code and rule and/or are excessive in amount.

WHEREFORE the debtor prays that the Court deny the creditor's Notice of Post-Petition Mortgage Fee, Expenses and Charges, are granted reasonable attorney's fees necessary to defend against these claims and all other relief just and proper in the premises.

Respectfully submitted,

Date: February 15, 2017

/s/ Brent Welke
Brent Welke
P.O. Box 55058
Indianapolis, IN 46205
317-748-7772
Fax : 317-884-8768
Email: brentwelke@att.net
welkelawoffice@gmail.com

CERTIFICATE OF SERVICE

      The Undersigned hereby certifies that the item attached hereto was mailed to those persons listed below at the addresses shown therein by depositing the same by U.S. MAIL or ECF Notification on the February 15, 2017, properly addressed with postage prepaid.

Sarah E. Willms-Barngrover
Council for Nationstar Mortgage
Manley Deas Kochalski LLC
PO Box 165028
Columbus OH 46216-5028
sew@manleydeas.com

U.S. Trustee

Chapter 13 Trustee

Date:  February 15, 2017

                           /s/ Brent Welke
                           Brent Welke
                           P.O. Box 55058
                           Indianapolis, IN 46205
                           317-748-7772
                           Fax : 317-884-8768
                           Email: brentwelke@att.net
                           welkelawoffice@gmail.com