SO ORDERED: March 24, 2017.



Robyn L. Moberly
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
|     Kevin Leon Lollar, ) | |
| ) | |
|     DEBTOR(s) ) | |
| ) | CASE NO.: 16-05546-RLM-13 |

### ORDER ON MOTION FOR DETERMINATION OF POST-PETITION FEES, EXPENSES AND CHARGES

Kevin Leon Lollar, by Counsel, Brent Welke, filed a motion for determination of post-petition fees, expenses and charges that were filed by Counsel, Sarah E. Willms-Barngrover, for Nationstar Mortgage, a secured creditor.

And the Court, after hearing arguments by all parties, now finds that:

1. Post-petition fees, expenses and charges filed on January 13, 2017 in the amount of $850.00 for attorney fees on preparing and filing an objection to the plan is hereby allowed.

2. Post-petition fees, expenses and charges filed on February 1, 2017 in the amount of $600.00for attorney fees on preparing and filing Creditor's proof of claim is hereby allowed.

3. Post-petition fees expenses, and charges filed on February 9, 2017 in the amount of $255.00 for attorney fees for filing a motion for relief of the automatic stay is disallowed.

**SO ORDERED**

###